UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | Grand Jury Original |
| | : | |
| BRIAN A. KOONCE, | : | VIOLATIONS: 18 U.S.C. § 1341 |
| | : | (Mail Fraud); |
| Defendant. | : | 18 U.S.C. § 2 (Aiding |
| | : | and Abetting); |
| | : | 18 U.S.C. § 1029 |
| | : | (Access Device Fraud) |
| _____ | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNTS ONE THROUGH THREE
### (Mail Fraud)

At all times material to the Indictment:

1. Wachovia Bank, N.A. (hereinafter "Wachovia Bank") was a federally insured financial institution with its headquarters located in Charlotte, North Carolina.

2. Capital One Bank/FSB (hereinafter "Capital One Bank") was a federally insured financial institution with its headquarters located in McLean, Virginia.

3. MBNA America, N.A. (hereinafter "MBNA America") was a federally insured financial institution with its headquarters located in Wilmington, Delaware.

4. Fleet Credit Card Services, L.P. (hereinafter "Fleet Credit Card Services") had its headquarters in Horsham, Pennsylvania, and provided credit card accounts to consumers.

5. AT&T Wireless Services (hereinafter "AT&T") was a telephone service provider with its headquarters located in Aurora, Illinois.

6. MCI Communications Corporation ("MCI") was a telephone service provider with its headquarters located in Washington, D.C.

7. Between in or about February 2000, and in or about December 2001, defendant, **BRIAN A. KOONCE,** was employed by International Foundation for Election Systems ("IFES"), a business enterprise operated in the District of Columbia. Defendant, **BRIAN A. KOONCE**, worked at IFES as a receptionist and an administrative assistant.

The Scheme

8. From in or about January 2001 through in or about December 2001, in the District of Columbia and elsewhere, aided and abetted by others known and unknown to the Grand Jury, defendant, **BRIAN A. KOONCE**, did devise and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises. As a result, the victims of the scheme suffered losses in excess of $19,000.

The Goal of the Scheme

9. It was the goal of the scheme for defendant, **BRIAN A. KOONCE**, to enrich himself and others with consumer goods and services by gaining access to and using the personal identifying information of certain co-workers, thereby obtaining credit cards and other money and property to which he was not entitled and which he would then put to his own personal use.

The Manner and Means of the Scheme

10.     It was a part of the scheme to defraud that defendant, **BRIAN A. KOONCE**, beginning in 2000, began to intercept applications for credit cards and telephone service accounts that were mailed to at least two of his co-workers at IFES.

11.     It was further part of the scheme to defraud that defendant, **BRIAN A. KOONCE**, without permission, used personal information such as names, Social Security numbers, and dates of birth of at least two of his co-workers at IFES to complete the applications for credit cards and telephone service.  The defendant, **BRIAN A. KOONCE**, received the personal information of his co-workers from documents he had access to at IFES.

12.     It was further a part of the scheme to defraud that defendant, **BRIAN A. KOONCE**, submitted applications in the names of his co-workers to banks and credit card companies, including Wachovia Bank, Capital One Bank, Fleet Credit Card Services and MBNA America, falsely representing that his co-workers were seeking credit cards and/or had designated him as an authorized user of the credit cards.

13.     It was further part of the scheme that on the applications for credit cards, defendant, **BRIAN A. KOONCE,** would direct that the fraudulently requested credit cards be sent to IFES in the District of Columbia.

14.     It was further part of the scheme that defendant, **BRIAN A. KOONCE**, would then intercept the mail received at IFES, including the fraudulently requested credit cards in the names of his co-workers.

15.     It was further a part of the scheme that defendant, **BRIAN A. KOONCE**, himself or others at his direction used the credit cards in the names of his co-workers to obtain money, goods

and services, including clothing, tickets and rentals for travel, meals and entertainment, cash advances, and other goods and services when he well knew that this was not authorized.

16. It was further a part of the scheme that defendant, **BRIAN A. KOONCE**, also submitted applications in the name of at least one co-worker to telephone service providers, including AT&T Wireless Service and MCI, falsely representing that his co-worker was seeking telephone service and/or had designated him as an authorized user of the telephone service.

17. It was further a part of the scheme that defendant, **BRIAN A. KOONCE**, used telephone service accounts obtained in the name of his co-worker to purchase goods and services, including wireless telephone service, when he well knew that this was not authorized.

Execution of the Scheme

18. On or about the dates listed below, in the District of Columbia and elsewhere, aided and abetted by others known and unknown to the Grand Jury, for the purpose of executing and attempting to execute the scheme and artifice, defendant, **BRIAN A. KOONCE**, did knowingly cause to be delivered by United States mail according to the direction thereon the following matters and things:

| COUNT | DATE | MAIL MATTER | FROM | TO |
|---|---|---|---|---|
| 1 | 01/01/01 | Wachovia Bank Visa Card | Charlotte, NC | IFES, Washington, DC |
| 2 | 03/17/01 | Capitol One Bank Mastercard | Richmond, VA | IFES, Washington, DC |
| 3 | 11/16/01 | MBNA Mastercard | Wilmington, DE | IFES, Washington, DC |

**(Mail Fraud and Aiding and Abetting, causing an Act to be done, in violation of Title 18, United States Code, Sections 1341 & 2)**

## COUNT FOUR
### (Access Device Fraud)

19. Paragraphs 1-17 are re-alleged as though fully set forth herein.

20. Between in or about November 2001 and continuing through at least December 3, 2001, within the District of Columbia and elsewhere, the defendant, **BRIAN A. KOONCE**, affecting interstate commerce, knowingly and with intent to defraud did use and traffic in one or more unauthorized access devices, that is a fraudulently obtained MBNA Mastercard credit card, account number 5490-3503-2161-3007, and by such conduct did obtain during a one-year period things of value in excess of $1,000.

**(Access Device Fraud, in violation of Title 18, United States Code, Section 1029(a)(2)).**

A TRUE BILL


FOREPERSON


ATTORNEY FOR THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA