# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 06-85 | MAGIS. NO: |
|---|---|---|
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| **BRIAN A. KOONCE** | **BRIAN A. KOONCE** | |

**FILED**

MAY 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOB: [redacted]  PDID: [redacted]

| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
|---|---|
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

**MAIL FRAUD;**

**AIDING AND ABETTING;**

**ACCESS DEVICE FRAUD.**

IN VIOLATION OF:    UNITED STATES CODE TITLE & SECTION:

**18 U.S.C. § 1341, 18 U.S.C. § 2; and 18 U.S.C. § 1029**

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: **ALAN KAY** U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) **ALAN KAY** U.S. MAGISTRATE JUDGE | DATE ISSUED: MAY 02 2006 |
| CLERK OF COURT: NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK | DATE: MAY 02 2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED   5-2-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED   5-12-06 | SEAN McLEOD SDUSM | |
| HIDTA CASE:    Yes    No | OCDETF CASE:    Yes    No | |

62W702