**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA      :
                          :
         v.                      :        **Criminal No. 06-85 (JR)**
                          :
**BRIAN A. KOONCE,**        :
                          :
         **Defendant.**         :

**FILED**

**JUN 2 2 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF THE OFFENSE

Pursuant to Fed.R.Cr.P. 11, defendant BRIAN A. KOONCE agrees and stipulates as follows:

1. Wachovia Bank, N.A. (hereinafter "Wachovia Bank") was a federally insured financial institution with its headquarters located in Charlotte, North Carolina.

2. Capital One Bank/FSB (hereinafter "Capital One Bank") was a federally insured financial institution with its headquarters located in McLean, Virginia.

3. MBNA America, N.A. (hereinafter "MBNA America") was a federally insured financial institution with its headquarters located in Wilmington, Delaware.

4. Fleet Credit Card Services, L.P. (hereinafter "Fleet Credit Card Services") had its headquarters in Horsham, Pennsylvania, and provided credit card accounts to consumers.

5. AT&T Wireless Services (hereinafter "AT&T") was a telephone service provider with its headquarters located in Aurora, Illinois.

6. MCI Communications Corporation ("MCI") was a telephone service provider with its headquarters located in Washington, D.C.

7. Between in or about February 2000, and in or about December 2001, BRIAN A. KOONCE, the defendant, was employed by International Foundation for Election Systems ("IFES"), a business enterprise operated in the District of Columbia. Defendant KOONCE, worked at IFES as a receptionist and an administrative assistant.

8. J.B. was a co-employee of defendant KOONCE at IFES who was stationed overseas.

9. M.S. was a co-employee of defendant KOONCE at IFES.

10.    Beginning in 2000, defendant KOONCE began to intercept applications for credit cards and telephone service accounts that were mailed to J.B. and M.S., two of his co-workers at IFES.

11.    BRIAN A. KOONCE, without permission, used personal information such as the names, Social Security numbers, and dates of birth of J.B. and M.S. to complete the applications for credit cards and telephone service. Defendant KOONCE received the personal information of his co-workers from documents he had access to at IFES.

12.    Defendant KOONCE submitted applications in the names of J.B. and M.S. to banks and credit card companies, including Wachovia Bank, Capital One Bank, Fleet Credit Card Services and MBNA America, falsely representing that J.B. and M.S. were seeking credit cards and/or had designated him as an authorized user of the credit cards.

13.    On the applications for credit cards, defendant KOONCE would direct that the fraudulently requested credit cards be sent to IFES in the District of Columbia. Defendant KOONCE would then intercept the mail received at IFES, including the fraudulently requested credit cards in the names of J.B. and M.S.

14.    Defendant KOONCE himself or others at his direction used the credit cards in the names of his co-workers to obtain money, goods and services, including clothing, tickets and rentals for travel, meals and entertainment, cash advances, and other goods and services when he well knew that this was not authorized.

15.    In addition, defendant KOONCE submitted applications in the name of J.B. to telephone service providers, including AT&T Wireless Service and MCI, falsely representing that his co-worker was seeking telephone service and/or had designated him as an authorized user of the telephone service.

14.    Defendant KOONCE used telephone service accounts obtained in the name of J.B. to purchase goods and services, including wireless telephone service, when he well knew that this was not authorized.

15.    In all, through his scheme, defendant KOONCE caused losses to his victims including J.B., M.S., Wachovia Bank, Capital One Bank, Fleet Credit Card Services, MBNA America, AT&T Wireless Service and MCI in the amount of more than $19,000. To date, none of this money has been recovered from defendant KOONCE.

16.  For example, in or about November 2003, without the authorization or knowledge of M.S. or anyone else who could make legal decisions for M.S., defendant KOONCE completed an MBNA Mastercard credit card application in the name of M.S., and mailed the credit card application from Washington, D.C. to MBNA Mastercard in Wilmington, Delaware. Also in or about November 2003, MBNA Mastercard approved the application and mailed a Mastercard credit card in the name of M.S. through the United States Postal Service for delivery at 1101 15th Street, N.W., Washington, D.C.  Upon intercepting the Mastercard in the name of M.S. from the mail, defendant KOONCE quickly ran up more than $1,000 in charges on the credit cards, purchasing goods and services for his personal use.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By:    _____
DAVID CAREY WOLL, JR.
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-4250

I have read this statement of offense, and agree that it is accurate and correct.

_____  6/22/06
Brian Koonce