UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 06-085 (JR) |
| ) | |
| BRIAN KOONCE ) | |

### MOTION TO AMEND JUDGEMENT AND COMMITMENT ORDER

Defendant, Brian Koonce, through undersigned counsel, respectfully moves the Court, pursuant to Federal Rule of Criminal Procedure 36, to amend the Judgement and Commitment Order which was filed on July 10, 2006.

A.   **Background**

On June 22, 2006, Mr. Koonce entered a guilty plea before this Court to Count Three (i.e. Mail Fraud) of the four Count indictment which had been filed against him. As part of the plea agreement, the parties agreed, pursuant to Fed. R. Crim. P. 11(c)(1)(C), that a sentence of probation was the appropriate sentence in this case. On the same day Mr. Koonce entered his guilty plea, this Court agreed to sentence Mr. Koonce to the probationary sentence which was agreed upon by the parties. The court also ordered Mr. Koonce to pay $19,289.03 in restitution and to pay $100 to satisfy his special assessment obligation.

A.   **Argument**

Due to Mr. Koonce's financial condition, he is unable to pay the full restitution amount immediately. Mr. Koonce is only able to meet his restitution obligation by making monthly

payments in an amount he can afford.  The Judgment in this case, however, requires Mr. Koonce to "immediately" satisfy his restitution and special assessment obligations by paying the full $19,389.03 in a "lump sum."  In light of Mr. Koonce's financial situation, Mr. Koonce believes that the portion of the Judgment which requires him to immediately pay the restitution portion of his financial obligation in one lump sum appears in the Judgment as a result of a clerical error or is an error arising from oversight or omission.  Therefore, pursuant to Rule 36, Mr. Koonce moves this Court to amend the Judgment in this case in a manner which allows Mr. Koonce to pay the restitution in monthly installments at a rate which is determined by either the Court or the Probation Office.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Tony W. Miles
Assistant Federal Public Defender
Counsel for Brian Koonce
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500