## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>)      CRIMINAL   NO.  06-085 (JR)<br>BRIAN KOONCE,     )<br>)<br>Defendant.    )<br>_____ ) | |

### ORDER

Upon Defendant Brian Koonce's Motion to Amend Judgment and Commitment Order, it is hereby

ORDERED that defendant's motion is GRANTED, and it is further

ORDERED that the Judgment in this case shall be amended to reflect that Brian Koonce may satisfy his $19,289.03 restitution obligation by making payments in an amount which shall not be less $_____ per month.

SO ORDERED.

_____
THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Dated: _____

Copies to:

AFPD, Tony Miles
AUSA, David Carey Woll, Jr.
U.S. Probation Office