IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | |
| ) | CRIMINAL NO. 06-085 (JR) |
| BRIAN KOONCE,   ) | |
| ) | |
| Defendant.   ) | |

FILED
SEP 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon Defendant Brian Koonce's Motion to Amend Judgment and Commitment Order, it is hereby

ORDERED that defendant's motion is GRANTED, and it is further

ORDERED that the Judgment in this case shall be amended to reflect that Brian Koonce may satisfy his $19,289.03 restitution obligation by making payments in an amount which shall not be less $ _100.-_ per month.

SO ORDERED.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

Dated: 9/15/06

Copies to:

AFPD, Tony Miles
AUSA, David Carey Woll, Jr.
U.S. Probation Office