PROB 12C-DC
(Rev. 03/07)

**FILED**
JUN 5 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs. **Brian Koonce**                                 Docket No.: **06-0085-01(JR)**

REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violations of Probation )

COMES NOW **Pedro Tavares**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Brian Koonce**, who was placed on Probation by the Honorable **James Robertson**, United States District Judge, sitting in the Court at Washington, D.C., on the **22th** day of **June, 2006**, who fixed the period of Probation at **3** years, and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows: 1) pay a $100 special assessment; 2) pay $19,289.03 in restitution payments due immediately; 3) submit to DNA collection; and 4) provide tax returns as requested by the probation office.

Brian Koonce appeared before the Court on June 22, 2006, having pled guilty to Mail Fraud, in violation of 18 U.S.C. §§ 1341 and 2. He was sentenced to three years of probation. Supervision began on June 22, 2006, and is scheduled for expiration on June 21, 2009.

On September 15, 2007, you approved a payment plan instructing Mr. Koonce to make $100 monthly installment payments toward his restitution.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Statement of Alleged Violations of Probation

1. **Mr. Koonce failed to pay $19,289.03 in restitution at a rate of $100 per month. (Special Condition)**

2. **Mr. Koonce failed to telephone contact the probation office as instructed. (Standard Condition #3)**

**Brian Koonce**
**Docket No.: 06-0085-01(JR)**
**Page 2**

Respectfully submitted,

*(signature)*

Pedro Tavares
U.S. Probation Officer
(202) 565-1425

Approved By: *(signature)*
Ervin Bell, Supervising
United States Probation Officer