UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**

JUN 5 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Brian Koonce**                Docket No.: **06-0085-01(JR)**

REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of Probation with voluntary appearance of **Brian Koonce** on _date and time to be set by the Clerk_.

ORDER OF COURT

Considered and ordered this ____4th____ day of ____June____, 2007.

_____
James Robertson
United States District Judge