UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-0085** |
| | : | |
| **v.** | : | |
| | : | |
| **BRIAN KOONCE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jocelyn S. Ballantine, at telephone number (202) 514-7533, and/or email address Jocelyn.Ballantine2@usdoj.gov.  Assistant United States Attorney Jocelyn S. Ballantine will substitute for Assistant United States Attorney David C. Woll, Jr. as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Jocelyn S. Ballantine
California Bar 208267
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, NW, Room 4237
Washington, DC 20530
(202) 514-7533