UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,          :
                                   :
    v.                             :  Crim. Action No. 06-0085 (JR)
                                   :
BRIAN A. KOONCE,                   :
                                   :
    Defendant.                     :

### ORDER

The conditions of probation set forth in the Judgment and Commitment order are modified as follows:

Brian A. Koonce's restitution payments are reduced to $50 per month;

Brian A. Koonce shall enroll in a voluntary drug treatment program.

It is **SO ORDERED.**

                                   _____
                                          JAMES ROBERTSON
                                    United States District Judge